UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. EDCV 15-02015-VAP (SP) | | Date February 22, 2016 |
| Title TINA YORK -v- RIDDELL, INC., et al | | |

Present: The Honorable    VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Marva Dillard | Phyllis Preston | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| JONATHAN FALCIONI | BRYAN ZAVERI |

Proceedings: DEFENDANT'S MOTION TO DISMISS FOR A MORE DEFINITE STATEMENT, [ECF 12];
PLAINTIFF'S MOTION TO REMAND CASE TO RIVERSIDE SUPERIOR COURT, [13]

Court issues a tentative ruling, hears oral argument and takes the matters under submission.

- : 10

Initials of Preparer   md