**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| TINA YORK, individually and as successor in interest to the estate of TYLER LEWELLEN,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>RIDDELL, INC.; GUNTHER'S ATHLETIC SERVICE, INC.; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO. 5:15-cv-2015 VAP (SPx)<br><br>**PROTECTIVE ORDER** |

## **ORDER**

**GOOD CAUSE APPEARING**, a Protective Order is hereby issued pursuant to the terms of the parties' Stipulation for Protective Order [ECF Doc. No. 32] filed with the Court.

**IT IS SO ORDERED.**

DATED: October 31, 2016

_____
HON. SHERI PYM
UNITED STATES DISTRICT JUDGE